MATTHEW D. POWERS (Bar No. 104795)
CHRISTOPHER J. COX (Bar No. 151650)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California  94065-1175
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

Attorneys for Defendants,
CREE, INC.,
CREE LIGHTING COMPANY, and
TRUSTEES OF BOSTON UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIDGELUX, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>CREE, INC., a North Carolina corporation, CREE LIGHTING COMPANY, a California corporation, and<br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>Defendants. | Case No. C-06-6495-JCS<br><br>**STIPULATION RE EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1   The undersigned counsel, on behalf of their respective clients, hereby stipulate and
2   agree to the following:
3   Defendants Cree, Inc., Cree Lighting Company, and Trustees of Boston University
4   shall have until and including December 8, 2006 to answer or otherwise respond to the Complaint
5   filed by BridgeLux, Inc.
6   This stipulation does not alter the date of any event or any deadline already fixed
7   by Court order.

9   Dated: November 3, 2006                                    WEIL, GOTSHAL & MANGES LLP
                                                               Silicon Valley Office

12                                                             By:        /S/
                                                                   Christopher J. Cox
                                                                   Attorneys for Defendants
13                                                                 CREE, INC.
                                                                   CREE LIGHTING COMPANY
14                                                                 TRUSTEES OF BOSTON
                                                                   UNIVERSITY

18  Dated: November 3, 2006                                    HOWREY LLP

20                                                             By:        /S/
                                                                   Henry C. Bunsow
                                                                   Attorneys for Plaintiff
21                                                                 BRIDGELUX, INC.

25  Dated: Nov. 6, 2006

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE: EXTENSION OF TIME TO FILE
ANSWER OR OTHERWISE RESPOND TO COMPLAINT                 2                              Case No. C-06-6495-JCS