UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIDGELUX, INC.,

        Plaintiff,

    v.

CREE, INC., et al.,

        Defendants.
_____/

No. C 06-6495 PJH

**ORDER DENYING MOTION FOR ORDER SHORTENING TIME, VACATING HEARING DATE, AND VACATING DATE FOR CMC**

        The motion of plaintiff BridgeLux, Inc., for an order shortening time to hear its motion for jurisdictional discovery is DENIED.  Defendants shall file their opposition no later than January 26, 2007, and plaintiff shall file its reply no later than February 2, 2007.  The court will rule on the papers.

        In addition, defendants are ORDERED to withdraw their motion to dismiss.  They may re-file the motion after the court has ruled on plaintiff's motion for jurisdictional discovery, or, if plaintiff's motion is granted, after the completion of the period of jurisdictional discovery.  The January 31, 2007, hearing date is VACATED.

        Plaintiff's request for an order continuing the initial case management conference is GRANTED.  The February 1, 2007, date is VACATED.  The court will set a new date following the ruling on the motion to dismiss.

**IT IS SO ORDERED.**

Dated: January 19, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge