Henry C. Bunsow (SBN 60707)
K. T. Cherian (SBN 133967)
Robert F. Kramer (SBN 181706)
Constance F. Ramos (SBN 203637)
Stephanie R. Johnson (SBN 242572)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: bunsowh@howrey.com
   kramerR@howrey.com
   cheriank@howrey.com
   ramosc@howrey.com
   johnsons@howrey.com

**Attorneys for Plaintiff BRIDGELUX, INC.**

Additional Attorneys Listed On Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGELUX, INC. a California corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br>v.<br>CREE, Inc., a North Carolina corporation, and TRUSTEES OF BOSTON UNIVERSITY,<br><br>Defendants and Counterclaim-Plaintiffs. | Case No. C 06-06495 PJH<br><br>~~STIPULATION AND [PROPOSED]~~ ORDER MODIFYING CASE SCHEDULE |

Matthew D. Powers (Bar No. 104795)
Christopher J. Cox (Bar No. 151650)
Nicholas A. Brown (Bar No. 198210)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: 650-802-3000
Facsimile: 650-802-3100
Email: matthew.powers@weil.com
       christopher.cox@weil.com
       nicholas.brown@weil.com

Attorneys for Defendants and Counterclaim-Plaintiffs
**CREE, INC. AND TRUSTEES OF BOSTON UNIVERSITY**

1. The parties agreed upon a case management schedule as set forth in Exhibit A to Joint Fed. R. C. P. 26(f) Report and Case Management Statement dated August 9, 2007. On August 16, 2007, the Court adopted the parties' proposed schedule with certain modifications as stated in the Court's Civil Minutes dated August 16, 2007.

2. The parties are required to file a Joint Claim Construction and Prehearing Statement under Patent Local Rule 4-3 on January 16, 2008 and the Claim Construction Discovery Cut-Off is February 20, 2008.

3. The parties are diligently engaged in negotiations to narrow disagreements concerning claim construction issues, specifically the meaning of patent terms and phrases to be construed at a Claim Construction Hearing scheduled to be held on May 21, 2008.

4. To facilitate the parties efforts to narrow disputes, the parties stipulate as follows, subject to Judge Hamilton's approval:

- The parties shall file a Joint Claim Construction and Prehearing Statement under Patent Local Rule 4-3 on January 30, 2008, instead of January 16, 2008;
- Expert reports on claim construction issues, if any, shall be served on February 13, 2008;
- Discovery cut-off on claim construction issues shall be February 27, instead of February 20, 2008.

5. All other dates in the case schedule, including the dates for claim construction briefing and hearing, shall remain unchanged.

SO STIPULATED this 14th day of January, 2008

By:     s/ Rob Kramer
Robert F. Kramer

Attorneys for Plaintiff BRIDGELUX, INC.

```
                                    By:            s/
                                    Nicholas A. Brown

                                    Attorneys for Defendants CREE, INC. and
                                    TRUSTEES OF BOSTON UNIVERSITY
```

Pursuant to General Order No. 45, Section X (b) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Nicholas A. Brown.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: January 15, 2008

Phyllis J. Hamilton
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*