Henry C. Bunsow (SBN 60707)
K. T. Cherian (SBN 133967)
Robert F. Kramer (SBN 181706)
Constance F. Ramos (SBN 203637)
Stephanie R. Johnson (SBN 242572)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: bunsowh@howrey.com
　　　　kramerR@howrey.com
　　　　cheriank@howrey.com
　　　　ramosc@howrey.com
　　　　johnsons@howrey.com

**Attorneys for Plaintiff BRIDGELUX, INC.**

Additional Attorneys Listed On Next Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIDGELUX, INC. a California corporation,<br><br>　　　Plaintiff and<br>　　　Counterclaim-Defendant,<br>　　　　　v.<br>CREE, Inc., a North Carolina corporation, and TRUSTEES OF BOSTON UNIVERSITY,<br><br>　　　Defendants and<br>　　　Counterclaim-Plaintiffs. | Case No. C 06-06495 PJH<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RELATING TO ADR** |

1
2  Matthew D. Powers (Bar No. 104795)
   Christopher J. Cox (Bar No. 151650)
3  Nicholas A. Brown (Bar No. 198210)
   WEIL, GOTSHAL & MANGES LLP
4  Silicon Valley Office
   201 Redwood Shores Parkway
5  Redwood Shores, California 94065
   Telephone: 650-802-3000
6  Facsimile: 650-802-3100
   Email: matthew.powers@weil.com
7         christopher.cox@weil.com
8         nicholas.brown@weil.com

9  Attorneys for Defendants and Counterclaim-Plaintiffs
   **CREE, INC. AND TRUSTEES OF BOSTON UNIVERSITY**
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1. The Court's Civil Minute Order dated August 16, 2007 provides that the above-captioned case is referred to ADR for private mediation to be completed within 150 days of the date of the Order, which is January 14, 2008.

2. The parties have met and conferred and agree that private mediation conducted under the auspices of a mutually agreed upon third-party mediator would be productive.

3. The parties stipulate to participate in private mediation, subject to Judge Hamilton's approval, to be conducted within 45 days after the date that U.S. District Court Judge Ronald Clark issues a Claim Construction Order in a related patent infringement case between the parties captioned *BridgeLux, Inc. v. Cree, Inc.*, Civil Action No. 9:06-CV-00240-RHC, pending in the U.S. District Court for the Eastern District of Texas ("Texas Case").

4. Judge Clark conducted a claim construction hearing in the Texas Case on September 26, 2007. The claim construction issues are under submission and Judge Clark is expected to issue a Claim Construction Order anytime within the next month or months in the Texas Case.

5. The parties shall promptly notify the Court when Judge Clark issues a Claim Construction Order in the Texas Case. The parties shall certify to the Court that private mediation has been conducted within 45 days after the date that Judge Clark issues a Claim Construction Order.

Pursuant to General Order No. 45, Section X (b) regarding signatures, I attest under

penalty of perjury that concurrence in the filing of this document has been obtained from Nicholas A. Brown.

SO STIPULATED this 17th day of January, 2008

By:   s/Robert F. Kramer
      Robert F. Kramer

Attorneys for Plaintiff BRIDGELUX, INC.

By:   s/Nicholas A. Brown
      Nicholas A. Brown

Attorneys for Defendants CREE, INC. and
TRUSTEES OF BOSTON UNIVERSITY

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:   1/18/08

Phyllis J. Hamilton
United States District Court Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stipulation and [Proposed] Order re ADR     4     Case No. C 06-06495 PJH

DM_US:20968898_1