Henry C. Bunsow (SBN 60707)
K. T. Cherian (SBN 133967)
Robert F. Kramer (SBN 181706)
Constance F. Ramos (SBN 203637)
Stephanie R. Johnson (SBN 242572)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: bunsowh@howrey.com
       kramerR@howrey.com
       cheriank@howrey.com
       ramosc@howrey.com
       johnsons@howrey.com

**Attorneys for Plaintiff BRIDGELUX, INC.**

Additional Attorneys Listed On Next Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIDGELUX, INC. a California corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br>v.<br>CREE, Inc., a North Carolina corporation, and TRUSTEES OF BOSTON UNIVERSITY,<br><br>Defendants and Counterclaim-Plaintiffs. | Case No. C 06-06495 PJH<br><br>**AMENDED STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CASE SCHEDULE** |

Amended Stipulation and [Proposed] Order     1     Case No. C 06-06495 PJH

DM_US:20993434_1

Matthew D. Powers (Bar No. 104795)
Christopher J. Cox (Bar No. 151650)
Nicholas A. Brown (Bar No. 198210)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: 650-802-3000
Facsimile: 650-802-3100
Email: matthew.powers@weil.com
       christopher.cox@weil.com
       nicholas.brown@weil.com

Attorneys for Defendants and Counterclaim-Plaintiffs
**CREE, INC. AND TRUSTEES OF BOSTON UNIVERSITY**

1. The parties agreed upon a case management schedule as set forth in Exhibit A to Joint Fed. R. C. P. 26(f) Report and Case Management Statement dated August 9, 2007. On August 16, 2007, the Court adopted the parties' proposed schedule with certain modifications as stated in the Court's Civil Minutes dated August 16, 2007.

2. Pursuant to the Court's January 15, 2008 Order Modifying Case Schedule, the parties are required to file a Joint Claim Construction and Prehearing Statement under Patent Local Rule 4-3 on January 30, 2008; serve expert reports on claim construction issues, if any, by February 13, 2008; and complete discovery on claim construction issues by the February 27, 2008 discovery cut-off.

3. The parties have been diligently engaged in negotiations to narrow disagreements concerning claim construction issues and have reached agreement on the meaning of nearly a dozen terms.

4. To facilitate the parties efforts to narrow disputes, the parties stipulate as follows, subject to Judge Hamilton's approval:

- The parties shall file a Joint Claim Construction and Prehearing Statement under Patent Local Rule 4-3 on February 8, 2008
- Expert reports on claim construction issues, if any, shall be served on February 20, 2008.
- Discovery cut-off on claim construction issues shall be March 5, instead of February 27, 2008.

5. All other dates in the case schedule, including dates for claim construction briefing and hearing shall remain unchanged.

Pursuant to General Order No. 45, Section X (b) regarding signatures, I attest under

Amended Stipulation and [Proposed] Order   3   Case No. C 06-06495 PJH

DM_US:20993434_1

penalty of perjury that concurrence in the filing of this document has been obtained from Nicholas A. Brown.

SO STIPULATED this 30th day of January, 2008

By: _____s/_____
Robert F. Kramer

Attorneys for Plaintiff BRIDGELUX, INC.

By: _____s/_____
Nicholas A. Brown

Attorneys for Defendants CREE, INC. and
TRUSTEES OF BOSTON UNIVERSITY

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 1/31/08

Phyllis J. Hamilton
United States Judge Phyllis J. Hamilton

*IT IS SO ORDERED* — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Amended Stipulation and [Proposed] Order — 4 — Case No. C 06-06495 PJH

DM_US:20993434_1