Henry C. Bunsow (SBN 60707)
K. T. Cherian (SBN 133967)
Robert F. Kramer (SBN 181706)
Constance F. Ramos (SBN 203637)
Stephanie R. Johnson (SBN 242572)
Ruhi Kumar (SBN 235945)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999
Email: bunsowh@howrey.com
       kramerR@howrey.com
       cheriank@howrey.com
       ramosc@howrey.com
       johnsons@howrey.com

Attorneys for Plaintiff and Counterclaim-Defendant
BRIDGELUX, INC.

**Additional Attorneys Listed On Next Page**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGELUX, INC.,<br><br>        Plaintiff/Counterclaim-Defendants,<br><br>    vs.<br><br>CREE, Inc., and<br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>        Defendants/Counterclaim-Plaintiffs, | Case No. C 06-06495 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY AND CONTINUING SCHEDULE**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: N/A<br>Judge: Hon. Phyllis J. Hamilton |

Case No. C 06-06495 PJH
STIPULATION AND [PROPOSED] ORDER
STAYING DISCOV. AND EXTENDING SCHEDULE
DM_US:21384852_1

Matthew D. Powers (Bar No. 104795)
Christopher J. Cox (Bar No. 151650)
Nicholas A. Brown (Bar No. 198210)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: 650-802-3000
Facsimile: 650-802-3100
Email: matthew.powers@weil.com
      christopher.cox@weil.com
      nicholas.brown@weil.com

David C. Radulescu (*pro hac vice*)
Ryan R. Owens (*pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007
Email: david.radulescu@weil.com
      ryan.owens@weil.com

Attorneys for Defendants and Counterclaim-Plaintiffs
CREE, INC. AND TRUSTEES OF BOSTON UNIVERSITY

Plaintiff and counterclaim-defendant Bridgelux, Inc. ("Bridgelux") and defendants and counterclaim-plaintiffs Cree, Inc. and Trustees of Boston University (collectively "Cree") hereby stipulate and agree to jointly move the Court pursuant to Civil Local Rule 7-1 and Section E of the August 17, 2007 Case Management and Pretrial Order (Docket # 52) for a Stipulated Order (1) staying discovery in this action for one month from the date of this stipulation and (2) continuing the pretrial schedule per the proposed schedule set forth below for good cause to facilitate the parties' settlement discussions in an effort to resolve this case in an efficient manner.

1. The parties conducted a mediation on June 23, 2008 at the offices of defendants' counsel in an effort to resolve this patent dispute. Although the mediation was not successful in resolving the dispute, the parties have, since early July 2008, been engaged in continuing settlement discussions among senior executives.

2. The parties were scheduled to commence a jury trial on August 5, 2008 in a co-pending patent infringement case in Texas (*Bridgelux, Inc. v. Cree, Inc.*, U.S. District Court for the Eastern District of Texas, Case No. 9:06-CV-00240). In furtherance of the parties' settlement discussions, with the Texas court's permission, however, the parties stipulated to continue the trial in Texas from August 2008 until March 2009.

3. A Markman Hearing was held in this case on May 20, 2008 in this action and the claim construction dispute is under submission.

4. The non-expert discovery cut-off in this action is September 1, 2008. The parties have refrained from conducting discovery while settlement discussions are proceeding and there is significant discovery yet to be completed in this action.

5. To comply with the September 1, 2008 discovery cutoff, the parties would need to invest significant resources in litigating this case to complete discovery between now and September 1, 2008.

6. The parties believe that it is in their mutual best interests to stay discovery for approximately one month from the date of this joint motion while settlement discussions continue.

7. The parties stipulate and are moving the Court for an Order staying discovery for one month from the date of this Stipulation and adopting the following amendments to the current case schedule to facilitate the efficient litigation of the parties' dispute:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cut-Off | September 1, 2008 | December 30, 2008 |
| Deadline for Expert Reports for Issues on Which the Parties Bear the Burden | September 22, 2008 | January 26, 2009 |
| Deadline for Rebuttal Expert Reports | October 20, 2008 | February 26, 2009 |
| Expert Discovery Cut-Off | November 10, 2008 | March 20, 2009 |
| Deadline for Filing of Dispositive and *Daubert* Motions | December 17, 2008 | April 29, 2009 |
| Deadline for Opposition to Dispositive and *Daubert* Motions | January 7, 2009 | May 13, 2009 |
| Deadline for Reply to Dispositive and *Daubert* Motions | January 14, 2009 | May ~~21~~ 20, 2009 |
| Hearing Date for Dispositive Motions | January 28, 2009 | June 3, 2009 |
| Pre-Trial Conference | April 9, 2009 | Sept. 24, 2009 |
| Trial | May 4, 2009 | ~~Sept.~~ Oct. 26, 2009 |

//
//
//
//
//
//
//
//

Case No. C 06-06495 PJH
STIPULATION AND [PROPOSED] ORDER
STAYING DISCOV. AND EXTENDING SCHEDULE

-4-

DM_US:21384852_1

SO STIPULATED this 6th day of August, 2008

By: /s/ K.T. Cherian
K.T. Cherian

Attorneys for Plaintiff BRIDGELUX, INC.

By: /s/ David C. Radulescu
David C. Radulescu

Attorneys for Defendants CREE, INC. and
TRUSTEES OF BOSTON UNIVERSITY

Pursuant to General Order No. 45, Section X (b) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from K.T. Cherian and David C. Radulescu.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 8/7/08

Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*