## WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE • NEW YORK, NY 10153-0119

(212) 310-8000

FAX: (212) 310-8007

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

DIRECT LINE
(212) 310-8906
david.radulescu@weil.com

September 10, 2008

**By Fax and Hand Delivery**

The Honorable Phyllis J. Hamilton
United States District Judge
United States Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

*IT IS SO ORDERED*

*Phyllis J. Hamilton*
*United States District Judge*

Date

*CMC continued 10/30/08*

Re:    *BridgeLux, Inc. v. Cree, Inc. and Trustees of Boston University*,
       Case No. C-06-6495-PJH

Dear Judge Hamilton:

On August 7, 2008, this Court granted the parties' Joint Motion to Stay Discovery and Continue the [Case Management] Schedule extending deadlines in this action to allow the parties to continue settlement discussions. Subsequently, on August 18, 2008, the Court issued a minute entry on the docket requiring that the parties submit a Joint Case Management Statement on September 11, 2008, followed by a Case Management Conference on September 18, 2008. We write to inform the Court that the parties have made significant progress and their settlement discussions are continuing. To avoid consuming the Court's time and to permit the parties to finalize their settlement negotiation and agreement, the parties respectfully request that the Court continue the Case Management Conference and jointly propose that the dates for submitting the Joint Case Management Statement and the Case Management Conference be extended by at least four weeks — to October 9th and October 16th, respectively.

Sincerely,

David C. Radulescu

David C. Radulescu

WEIL, GOTSHAL & MANGES LLP

September 10, 2008
Page 2

cc:   K.T. Cherian, Esq.
      Robert F. Kramer, Esq.