1   Henry C. Bunsow (SBN 60707)
K. T. Cherian (SBN 133967)

2   Robert F. Kramer (SBN 181706)
Constance F. Ramos (SBN 203637)

3   Stephanie R. Johnson (SBN 242572)
Ruhi Kumar (SBN 235945)

4   HOWREY LLP
525 Market Street, Suite 3600

5   San Francisco, California  94105
Telephone:  (415) 848-4900

6   Facsimile:  (415) 848-4999
Email: bunsowh@howrey.com

7        kramerR@howrey.com
        cheriank@howrey.com

8        ramosc@howrey.com
        johnsons@howrey.com

9

10  Attorneys for Plaintiff and Counterclaim-Defendant
BRIDGELUX, INC.

11

12  **Additional Attorneys Listed On Next Page**

13

14

15              UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17 BRIDGELUX, INC., | ) Case No. C 06-06495 PJH |
| 18        Plaintiff/Counterclaim-<br>       Defendants, | ) **STIPULATION AND [~~PROPOSED~~] ORDER** |
| 19 | ) **POSTPONING FURTHER CASE**<br>) **MANAGEMENT CONFERENCE** |
| 20      vs. | ) Date:  N/A |
| 21 CREE, Inc., and<br>TRUSTEES OF BOSTON UNIVERSITY, | ) Time:  N/A |
| 22 | ) Courtroom: N/A<br>) Judge: Hon. Phyllis J. Hamilton |
| 23       Defendants/Counterclaim-<br>      Plaintiffs, | ) |

24

25

26

27

28

1  Matthew D. Powers (Bar No. 104795)
2  Christopher J. Cox (Bar No. 151650)
   Nicholas A. Brown (Bar No. 198210)
3  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
4  201 Redwood Shores Parkway
   Redwood Shores, California 94065
5  Telephone: 650-802-3000
   Facsimile: 650-802-3100
6  Email: matthew.powers@weil.com
7          christopher.cox@weil.com
           nicholas.brown@weil.com
8

9  David C. Radulescu (*pro hac vice*)
10 Ryan R. Owens (*pro hac vice*)
   Weil, Gotshal & Manges LLP
11 767 Fifth Avenue
   New York, New York  10153
12 Telephone: 212-310-8000
   Facsimile: 212-310-8007
13 Email: david.radulescu@weil.com
14         ryan.owens@weil.com

15 Attorneys for Defendants and Counterclaim-Plaintiffs
   CREE, INC. AND TRUSTEES OF BOSTON UNIVERSITY
16

17

18

19

20

21

22

23

24

25

26

27

28
   Case No. C 06-06495 PJH                    -2-
   STIPULATION AND [PROPOSED] ORDER
   POSTPONING FURTHER CMC
   DM_US:21544284_1

1   Plaintiff and counterclaim-defendant Bridgelux, Inc. ("Bridgelux") and defendants and counterclaim-

2   plaintiffs Cree, Inc. and Trustees of Boston University (collectively "Cree") hereby stipulate and

3   respectfully request the Court continue the Case Management Conference currently scheduled for

4   October 30, 2008 at 2:30 p.m.  The parties are continuing to make significant progress and a further

5   continuance will allow the parties to continue their settlement discussions without unnecessarily

6   consuming the Court's time.  Consequently, the parties jointly propose that the dates for submitting the

7   Joint Case Management Statement and Case Management Conference be extend by at least five weeks-

8   to December 4th and 11th respectively.

9   //

10   //

11   //

12   //

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28

1    SO STIPULATED this 22th day of October, 2008

2

3                                       By:  //K.T. Cherian
                                             K.T. Cherian

4
                                        Attorneys for Plaintiff BRIDGELUX, INC.
5

6

7                                       By:  //David C. Radulescu
                                             David C. Radulescu
8
                                        Attorneys for Defendants CREE, INC. and
9                                       TRUSTEES OF BOSTON UNIVERSITY

10

11          Pursuant to General Order No. 45, Section X (b) regarding signatures, I attest under penalty of

12   perjury that concurrence in the filing of this document has been obtained from K.T. Cherian and David

13   C. Radulescu.

14

15

16   PURSUANT TO STIPULATION, IT IS SO ORDERED

17

18

19
     DATED:  _10/23/08____                          _____
20                                                  Phyllis J. ...
                                                    United Sta...
21

22

23

24

25

26

27

28
     Case No. C 06-06495 PJH              -4-
     STIPULATION AND [PROPOSED] ORDER
     POSTPONING FURTHER CMC
     DM_US:21544284_1