| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 60707) |
| 2 | K. T. Cherian (SBN 133967)<br>Robert F. Kramer (SBN 181706) |
| 3 | Constance F. Ramos (SBN 203637)<br>Stephanie R. Johnson (SBN 242572) |
| 4 | Ruhi Kumar (SBN 235945)<br>HOWREY LLP |
| 5 | 525 Market Street, Suite 3600<br>San Francisco, California  94105 |
| 6 | Telephone:  (415) 848-4900<br>Facsimile:  (415) 848-4999 |
| 7 | Email:  bunsowh@howrey.com<br>        kramerR@howrey.com |
| 8 |         cheriank@howrey.com<br>        ramosc@howrey.com |
| 9 |         johnsons@howrey.com |
| 10 | Attorneys for Plaintiff and Counterclaim-Defendant |
| 11 | BRIDGELUX, INC. |
| 12 | **Additional Attorneys Listed On Next Page** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIDGELUX, INC., | ) | Case No. C 06-06495 PJH |
|  | ) |  |
| Plaintiff/Counterclaim-Defendants, | ) | **STIPULATION AND [~~PROPOSED~~] ORDER POSTPONING FURTHER CASE MANAGEMENT CONFERENCE** |
|  | ) |  |
| vs. | ) |  |
|  | ) | Date:  N/A |
| CREE, Inc., and | ) | Time:  N/A |
| TRUSTEES OF BOSTON UNIVERSITY, | ) | Courtroom: N/A |
|  | ) | Judge: Hon. Phyllis J. Hamilton |
| Defendants/Counterclaim-Plaintiffs, | ) |  |
|  | ) |  |

Case No. C 06-06495 PJH
STIPULATION AND [PROPOSED] ORDER
POSTPOING FURTHER CMC

DM_US:21636077_1

1  Matthew D. Powers (Bar No. 104795)
2  Christopher J. Cox (Bar No. 151650)
   Nicholas A. Brown (Bar No. 198210)
3  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
4  201 Redwood Shores Parkway
   Redwood Shores, California 94065
5  Telephone: 650-802-3000
   Facsimile: 650-802-3100
6  Email: matthew.powers@weil.com
7          christopher.cox@weil.com
           nicholas.brown@weil.com
8

9  David C. Radulescu (*pro hac vice*)
   Ryan R. Owens (*pro hac vice*)
10 Weil, Gotshal & Manges LLP
11 767 Fifth Avenue
   New York, New York  10153
12 Telephone: 212-310-8000
   Facsimile: 212-310-8007
13 Email: david.radulescu@weil.com
          ryan.owens@weil.com
14

15 Attorneys for Defendants and Counterclaim-Plaintiffs
   CREE, INC. AND TRUSTEES OF BOSTON UNIVERSITY
16

17

18

19

20

21

22

23

24

25

26

27

28
   Case No. C 06-06495 PJH                    -2-
   STIPULATION AND [PROPOSED] ORDER
   CONTINUING CASE MAN. CONF.

   DM_US:21636077_1

1   Plaintiff and counterclaim-defendant Bridgelux, Inc. ("Bridgelux") and defendants and
2   counterclaim-plaintiffs Cree, Inc. and Trustees of Boston University (collectively "Cree") hereby
3   stipulate and respectfully request the Court continue the Case Management Conference currently
4   scheduled for December 11, 2008 at 2:30 p.m.  The parties are continuing to make significant progress
5   and a further continuance will allow the parties to continue their settlement discussions without
6   unnecessarily consuming the Court's time.  Consequently, the parties jointly propose that the dates for
7   filing a Joint Case Management Statement and conducting a Case Management Conference be
8   extended to January 8th and 15th, respectively, or another date that is convenient for the Court.

SO STIPULATED this 3rd day of December, 2008

By: /s/K.T. Cherian
K.T. Cherian

Attorneys for Plaintiff BRIDGELUX, INC.

By: /s/David C. Radulescu
David C. Radulescu

Attorneys for Defendants CREE, INC. and
TRUSTEES OF BOSTON UNIVERSITY

Pursuant to General Order No. 45, Section X (b) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from K.T. Cherian and David C. Radulescu.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:  12/4/08

_____
Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

Case No. C 06-06495 PJH                         -3-
STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MAN. CONF.
DM_US:21636077_1