| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 60707) |
| 2 | K. T. Cherian (SBN 133967)<br>Robert F. Kramer (SBN 181706) |
| 3 | Constance F. Ramos (SBN 203637)<br>Stephanie R. Johnson (SBN 242572) |
| 4 | Ruhi Kumar (SBN 235945)<br>HOWREY LLP |
| 5 | 525 Market Street, Suite 3600<br>San Francisco, California  94105 |
| 6 | Telephone:  (415) 848-4900<br>Facsimile:  (415) 848-4999 |
| 7 | Email: bunsowh@howrey.com<br>          kramerR@howrey.com |
| 8 |           cheriank@howrey.com<br>          ramosc@howrey.com |
| 9 |           johnsons@howrey.com |
| 10 | Attorneys for Plaintiff and Counterclaim-Defendant |
| 11 | BRIDGELUX, INC. |
| 12 | **Additional Attorneys Listed On Next Page** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIDGELUX, INC., | ) | Case No. C 06-06495 PJH |
| | ) | |
| Plaintiff/Counterclaim-Defendants, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| vs. | ) ) | |
| CREE, Inc., and | ) | Date:  N/A |
| TRUSTEES OF BOSTON UNIVERSITY, | ) ) | Time:  N/A<br>Courtroom:  N/A |
| Defendants/Counterclaim-Plaintiffs, | ) ) ) ) | Judge: Hon. Phyllis J. Hamilton |

Case No. C 06-06495 PJH
STIPULATION AND [PROPOSED] ORDER
DISMISSING CASE WITHOUT PREJUDICE

1  Matthew D. Powers (Bar No. 104795)
2  Christopher J. Cox (Bar No. 151650)
   Nicholas A. Brown (Bar No. 198210)
3  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
4  201 Redwood Shores Parkway
   Redwood Shores, California 94065
5  Telephone: 650-802-3000
   Facsimile: 650-802-3100
6  Email: matthew.powers@weil.com
7          christopher.cox@weil.com
           nicholas.brown@weil.com
8
   David C. Radulescu (*pro hac vice*)
9  Ryan R. Owens (*pro hac vice*)
   Weil, Gotshal & Manges LLP
10 767 Fifth Avenue
   New York, New York  10153
11 Telephone: 212-310-8000
12 Facsimile: 212-310-8007
   Email: david.radulescu@weil.com
13         ryan.owens@weil.com

14 Attorneys for Defendants and Counterclaim-Plaintiffs
15 CREE, INC. AND TRUSTEES OF BOSTON UNIVERSITY

16

17

18

19

20

21

22

23

24

25

26

27

28 Case No. C 06-06495 PJH                              -2-
   STIPULATION AND [PROPOSED] ORDER ORDER
   DISMISSING CASE WITHOUT PREJUDICE

1 | Plaintiff and counterclaim-defendant Bridgelux, Inc. ("Bridgelux") and defendants and counterclaim-plaintiffs Cree, Inc. and Trustees of Boston University (collectively "Cree") hereby stipulate and respectfully request the Court enter an order as follows dismissing this action:

1. Pursuant to the terms of a confidential settlement agreement, all claims, counterclaims and affirmative defenses asserted by the parties in this action, and this action, shall be dismissed without prejudice.
2. Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this case.

SO STIPULATED this 30th day of December, 2008.

By: /s/ Robert F. Kramer
    Robert F. Kramer

Attorneys for Plaintiff BRIDGELUX, INC.

By: /s/ David Radulescu
    David C. Radulescu

Attorneys for Defendants CREE, INC. and
TRUSTEES OF BOSTON UNIVERSITY

Pursuant to General Order No. 45, Section X (b) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David C. Radulescu.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 1/7/09

Phyllis J. Hamilton
United States

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Case No. C 06-06495 PJH                -3-
STIPULATION AND [PROPOSED] ORDER ORDER
DISMISSING CASE WITHOUT PREJUDICE